# 22-0962-CV

## United States Court of Appeals
*for the*
## Second Circuit

KATHLEEN PARADOWSKI,

*Plaintiff-Appellant,*

RACHEL COLANGELO, individually and on behalf of a class of similarly situated individuals,

*Plaintiff,*

– v. –

CHAMPION PETFOODS USA, INC., CHAMPION PETFOODS LP,

*Defendants-Appellees.*

———————————————

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

**DEFENDANTS-APPELLEES' AMENDED
CORPORATE DISCLOSURE STATEMENT**

LINDA T. COBERLY
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5700

–and –

DAVID A. COULSON
WINSTON & STRAWN LLP
200 South Biscayne Boulevard, Suite 2400
Miami, Florida 33131
(305) 910-0500

*Attorneys for Defendants-Appellees*

## AMENDED CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, Appellees Champion Petfoods USA Inc. and Champion Petfoods LP certify and state as follows:

Mars Petcare US, Inc. is the parent corporation of Champion Petfoods USA Inc. and Champion Petfoods LP. No publicly held corporation owns 10% or more of the stock of either Champion Petfoods USA Inc. or Champion Petfoods LP.

Dated: March 20, 2023				Respectfully submitted,

					*/s/ Linda T. Coberly*
					LINDA T. COBERLY
					WINSTON & STRAWN LLP
					35 West Wacker Drive
					Chicago, Illinois 60601
					(312) 558-5600

					DAVID A. COULSON
					WINSTON & STRAWN LLP
					200 South Biscayne Boulevard,
					Suite 2400
					Miami, Florida 33131
					(305) 910-0500

					*Counsel for Appellees*
					*Champion Petfoods USA Inc. and*
					*Champion Petfoods LP*

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2023, I electronically filed the foregoing brief with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

<i>s/ Linda T. Coberly</i><br>
LINDA T. COBERLY